IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON SAN MIGUEL<br>P.O. Box 200<br>Camp Hill, PA 17001-0200,<br><br>        Plaintiff,<br><br>-v-<br><br>NORTHAMPTON COUNTY<br>Northampton County Government Center<br>669 Washington Street<br>Easton, PA 18042,<br><br>PRIME CARE MEDICAL, INC.<br>3940 Locust Lane<br>Harrisburg, PA 17109,<br><br>        Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 09-CV-<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL
## PURSUANT TO F.R.C.P. 30(g)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned matter is DISMISSED pursuant to F.R.C.P. 41(a)(1) with prejudice and without costs against any party.


WILLIAMS CUKER BEREZOFSKY

BY: _____
GERALD J. WILLIAMS
Attorney I.D. No.
One Penn Center at Suburban Station
1617 John F. Kennedy Boulevard
Suite 800
Philadelphia, PA 19103
Telephone: (215) 557-0900
Facsimile: (215) 557-0673
Email: gwilliams@wcblegal.com

LAMB MCERLANE, P.C.

BY: _____
David J. MacMain, Esquire
Attorney I.D. No.
Timothy J. Kepner, Esquire
Attorney I.D. No.
24 East Market St., Box 565
West Chester, PA 19381-0565
Email:
Counsel for Co-Defendant
Northampton County Prison

GOLDBERG KATZ P.C.

BY: _____
THOMAS E. BRENNER, ESQUIRE
320 E. Market Street
Strawberry Square
P.O. Box 1268
Harrisburg, PA 17108-1268
Telephone: (717) 234-4161
Facsimile: (717) 234-6810
Email: teb@goldbergkatzman.com
Counsel for Co-Defendants
Primecare Medical, Inc.

APPROVED AND SO ORDERED:

_____
USDCJ.

Dated: